**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

**Kazerouni Law Group, APC**
Costa Mesa, California

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI HUME, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HEALTHY HALO INSURANCE SERVICES, INC. D/B/A BUYHEALTHINSURANCE.COM INSURANCE SERVICES,**<br><br>**Defendant.** | Case No.: 8:19-cv-00214-JVS-ADS<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS** |

Plaintiff Lori Hume ("Plaintiff") submits this Notice of Settlement to inform the Court that this action has settled, on an individual basis, and to respectfully request that all pending deadlines and hearings be vacated, with a deadline for Plaintiff to file necessary dismissal papers by June 3, 2019.

Dated: May 3, 2019                              **KAZEROUNI LAW GROUP, APC**

BY: /s/ JASON A. IBEY
    JASON A. IBEY, ESQ.
      Attorneys for Plaintiff

**Kazerouni Law Group, APC**
Costa Mesa, California