**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 48522)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI HUME, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY HALO INSURANCE SERVICES, INC. D/B/A BUYHEALTHINSURANCE.COM INSURANCE SERVICES,<br><br>Defendant. | **Case No.:** 8:19-cv-00214-JVS-ADS<br><br>**JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(II)**<br><br>**JUDGE:** James V. Selna<br><br>**ACTION FILED:** 02/02/2019 |

Case # 8:19-CV-00214-JVS-ADS            *Hume v. Healthy Halo Insurance Services, Inc.*
**JOINT STIPULATION TO DISMISS**

# JOINT STIPULATION

Plaintiff Lori Hume ("Plaintiff"), and defendant Healthy Halo Insurance Services, Inc. ("Defendant"), submit this joint stipulation to dismiss the action in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Therefore, the Court may proceed to dismiss the action, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members.

The Parties shall bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: July 2, 2019                            Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:   s/ JASON A. IBEY____
      JASON A. IBEY
      ATTORNEY FOR PLAINTIFF

Dated: July 2, 2019                            Respectfully submitted,

**O'REILLY RANCILIO, P.C.**

By:   s/ JOSEPH N. EJBEH____
      Joseph N. Ejbeh
      ATTORNEY FOR DEFENDANT

# SIGNATURE CERTIFICATION

I, Jason A. Ibey, am one of the attorneys of record for Plaintiff, certify that Joseph N. Ejbeh, attorney of record for Defendant, has authorized the filing of this Joint Stipulation. Further, I have obtained and will maintain records to support this

1  concurrence for subsequent production for the Court if so ordered or for inspection
2  upon request by a party until one year after final resolution of the action (including
3  appeal, if any).

            By: s/ JASON A. IBEY_____
               JASON A. IBEY

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

| Case # 8:19-CV-00214-JVS-ADS | 2 of 2 | *Hume v. Healthy Halo* |

**JOINT STIPULATION TO DISMISS**