# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI HUME, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY HALO INSURANCE SERVICES, INC. D/B/A BUYHEALTHINSURANCE.COM INSURANCE SERVICES,<br><br>Defendant. | Case No.: 8:19-cv-00214-JVS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(II)**<br><br>**JUDGE:** James V. Selna |

Having considered the Joint Stipulation to Dismiss Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), and for good cause, the Court hereby GRANTS the joint stipulation, and ORDERS as follows:

1) Plaintiff Lori Hume's individual claims are dismissed with prejudice;
2) The claims of the putative class members are dismissed without prejudice; and,
3) The Parties shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: July 02, 2019

_____
HON. JAMES V. SELNA
U.S. DISTRICT JUDGE